UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CRYSTAL FORD,                  )
                               )
     Plaintiff,                )
                               )  Civil Action No. 05-2417 (RWR)
     v.                        )
                               )
DISTRICT OF COLUMBIA,          )
                               )
     Defendant.                )
_____)
```

### ORDER TO SHOW CAUSE

On February 8, 2006, the District of Columbia filed a motion to dismiss the claims against it as untimely filed.  As of this date, Ford has filed no response to the District's motion.  Accordingly, it is hereby

ORDERED that Ford shall show cause in writing by March 20, 2006 why the motion to dismiss should not be deemed conceded and this case dismissed.

SIGNED this 10th day of March, 2006.

```
                         _____/s/_____
                         RICHARD W. ROBERTS
                         United States District Judge
```