```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                              |   |                              |
|------------------------------|---|------------------------------|
| **CRYSTAL FORD,**            | ) |                              |
|                              | ) |                              |
|     Plaintiff, | ) |                        |
|                              | ) | Civil Action No. 05-2417 (RWR) |
|     v.   | ) |                              |
|                              | ) |                              |
| **DISTRICT OF COLUMBIA,**    | ) |                              |
|                              | ) |                              |
|     Defendant. | ) |                       |

## ORDER

On February 8, 2006, the District of Columbia filed a motion to dismiss the claims against it as untimely filed. Ford filed no opposition. On March 10, 2006, Ford was ordered to show cause in writing on or before March 20, 2006, why the District's motion should not be deemed conceded and this case dismissed. Ford has filed no response to the Order. Accordingly, it is hereby

ORDERED that the District of Columbia's motion [4] to dismiss be, and hereby is, GRANTED. This case is DISMISSED. The Clerk is directed to mail a copy of this Order to the plaintiff at her address of record.

SIGNED this 23rd day of March, 2006.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```